An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL ADAM GEORGE NEREZ, III,
Petitioner,

vs.

DWIGHT NEVEN, WARDEN,
Respondent.

No. 69216

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus seeking an order directing the district court to resolve a postconviction petition for a writ of habeas corpus challenging the computation of time served. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits and the district court will consider any requests by the State for extending the time to respond to the petition in light of the allegedly time-sensitive nature of the claims raised.[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]The district court may consider establishing a filing deadline to ensure the timely resolution of the petition.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38652

cc: Hon. Linda Marie Bell, District Judge
Manuel Adam George Nerez, III
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A